John L. Cooper (State Bar No. 050324)
jcooper@fbm.com
Jim Day (State Bar No. 197158)
jday@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff Finjan, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Finjan, Inc, <br><br>            Plaintiff, <br><br>     vs. <br><br> AVG Technologies CZ, s.r.o., AVG Technologies USA, Inc., AVAST Software, Inc., and AVAST Software, s.r.o., <br><br>            Defendants. | Case No. 5:17-cv-00283-BLF <br><br> **NOTICE OF DISMISSAL** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF DISMISSAL;
Case No. 5:17-cv-00283-BLF

34175\5891618.1

1  Plaintiff Finjan, Inc., by and through undersigned counsel, hereby dismisses with prejudice
2  all claims in the above-captioned action according to Federal Rule of Civil Procedure
3  41(a)(1)(A)(i), with each party to bear its own costs, expenses and attorney fees.

Respectfully submitted,

Dated: March 27, 2017                FARELLA BRAUN + MARTEL LLP

By:   */s/ John L. Cooper*
      John L. Cooper

      Attorneys for Finjan, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF DISMISSAL;
Case No. 5:17-cv-00283-BLF            2                    34175\5891618.1